**N. C. McLean et al., appellees, v. Adrian J. DeHaan, appellant.**

Opinion filed January 23, 1933.
R. B. Hendricks, for appellant; Karch, Hendricks & Moran, of
counsel. Baker & Lesemann, for appellees.
Mr. Presiding Justice Barry delivered the opinion of the court.

The People of the State of Illinois, appellee, v. George Biehl, appel-
lant.

Opinion filed January 23, 1933.
Preston K. Johnson, for appellant. No appearance for appellee.
Mr. Presiding Justice Barry delivered the opinion of the court.

**Charles Foulk, appellee, v. Alcoa Ore Company, appellant.**

Opinion filed January 23, 1933.
Kramer, Campbell, Costello & Wiechert, for appellant. James O.
Miller, for appellee.
Mr. Presiding Justice Barry delivered the opinion of the court.

**Waverly Manees, appellee, v. Otto Finger, appellant.**

Opinion filed January 23, 1933.
D. B. Reid, for appellant. Peyton Berbling, for appellee.
Mr. Justice Edwards delivered the opinion of the court.

The Fidelity Trust Company, etc., appellant, v. Aloys Gundlach,
appellee.

Opinion filed Janu-
ary 23, 1933. Rehearing denied February 24, 1933.
E. W. Kreitner and Farmer & Klingel, for appellant. Kramer,
Campbell, Costello & Wiechert, Norman J. Gundlach and Preston K.
Johnson, for appellee.
Mr. Justice Edwards delivered the opinion of the court.